# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

—————————————

**No. 201800097**

—————————————

## UNITED STATES OF AMERICA
Appellee

v.

## TYSHUN L. WICKER
Electronics Technician Navigation Seaman, (E-3),
U.S. Navy
Appellant

—————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Shane Johnson, JAGC, USN.
Convening Authority: Commanding Officer, Naval Submarine Support
Command, Pearl Harbor, HI.
Staff Judge Advocate's Recommendation: Lieutenant Thomas M.
Caruso, JAGC, USN.
For Appellant: Captain W. Scott Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

—————————————

Decided 21 June 2018

—————————————

Before HUTCHISON, SAYEGH, and ELLINGTON, *Appellate Military
Judges*

—————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court